IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case Number: 8:03-CV-1203-T-30MAP

FIRST UNITED METHODIST
CHURCH OF BARTOW,

        Plaintiff,

Vs.

UNITED NATIONAL INSURANCE
COMPANY,

        Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

    The foregoing Joint Stipulation for Dismissal with Prejudice is adopted as the Order of this Court, and all causes of action brought against each Defendant jointly and/or severally in the above-referenced lawsuit are hereby dismissed with prejudice.

    DONE AND ORDERED in Chambers, in the Middle District of Florida, Tampa Division, this _19_ day of _July_, 2005.

_____
Judge James S. Moody, Jr.

cc:    Janice A. Kelly, Esquire
       Neal L. O'Toole, Esquire
       Craig LeValley, Esquire